

FILED
JUL 19 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CRIMINAL COMPLAINT

UNITED STATES OF AMERICA

v.

Henry Herrera

CASE NUMBER:

1:10-mj-00178-SMS

(If search warrant is issued regarding this complaint, indicate above the case number assigned.)

I, April Stiltz, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 17, 2010 in Fresno County, in the Eastern District of California, the defendant did,

Count 1     Possess a loaded weapon in a vehicle.
In violation of Code of Federal Regulations, Title 36, Section 2.4(b)

Maximum Penalty: 6 months imprisonment and/or $5,000 fine


Count 2     Possess a controlled substance.
In violation of Code of Federal Regulations, Title 36, Section 2.35(b)(2)

Maximum Penalty: 6 months imprisonment and/or $5,000 fine


Count 3     Possess an open container of alcoholic beverage.
In violation of Code of Federal Regulations, Title 36, Section 4.14(a)

Maximum Penalty: 6 months imprisonment and/or $5,000 fine


I further state that I am a U.S. Park Ranger and this complaint is based on the following facts:

[See attached statement of probable cause]

Continued on the attached sheet and made a part hereof:     X  Yes     ___ No

Signature of Complainant
April M. Stiltz
U.S. Park Ranger

Sworn to before me and subscribed in my presence,

At     Fresno, California
       (City and State)

(Date)

U.S. Magistrate Judge
(Name & Title of Judicial Officer)

(Signature of Judicial Officer)

## ATTACHMENT A.

### United States v. Henry Herrera

Count 1     Possession of a loaded weapon in a vehicle.
36 CFR 2.4(b)

On July 17th 2010, at approximately 1215 hours, I responded to a report of an individual in the water at Roaring River Falls. I arrived on scene to find the subject had self rescued. Ranger Waldschmidt arrived on scene and observed an open container of alcohol within a vehicle, (California plate 5XNL141). Mr. Herrera was the only occupant of the vehicle in the rear seats. Mr. Herrera stated that there was a bag of marijuana in the glove box, and the distinct odor of marijuana was coming from the vehicle. During my search of the vehicle I located a box of .22 caliber ammunition in the passenger side, front door pocket. Ranger Waldschmidt interviewed the individuals associated with the vehicle about the whereabouts of the associated firearm. Mr. Herrera acknowledged that there was a loaded .22 caliber firearm in the vehicle, behind the drivers seat. Mr. Herrera stated that he was responsible for the firearm in the vehicle. I located the firearm (serial number 132852) in the rear passenger compartment, under an array of clothing on the floorboard, behind the driver's seat. I identified the firearm as a .22 caliber Smith and Wesson Revolver, fully loaded with 6 rounds. Sequoia dispatch ran an NCIC check of the firearm with negative results.


Count 2     Possession of a controlled substance.
36 CFR 2.35(b)(2)

On July 17th 2010, at approximately 1215 hours, I responded to a report of an individual in the water at Roaring River Falls. I arrived on scene to find the subject had self rescued. Ranger Waldschmidt arrived on scene and observed an open container of alcohol within a vehicle, (California plate 5XNL141). Mr. Herrera stated that there was a bag of marijuana in the glove box, and the distinct odor of marijuana was coming from the vehicle. He also stated that the marijuana was his. During my search of the vehicle, I located a clear ziplock bag with the name Henry written on it in the glove box, containing 5-6 large clumps of a green leafy substance. The substance later field tested positive for the properties of marijuana, weighing a total of .32 ounces.


Count 3     Open container of alcoholic beverage.
36 CFR 4.14(a)

On July 17th 2010, at approximately 1215 hours, I responded to a report of an individual in the water at Roaring River Falls. I arrived on scene to find the subject had self rescued. Ranger Waldschmidt arrived on scene and observed Mr. Herrera enter a vehicle, (California plate 5XNL141), with an opened can of an alcoholic beverage (Modelo beer). The vehicle was running at the time of contact.

I swear, under penalty of perjury, that the information in this complaint is true and correct to the best of my knowledge and belief.

April M. Stiltz
U.S. Park Ranger

SWORN TO ME AND SUBSCRIBED IN MY PRESENCE THIS 19th DAY OF JULY 2010.

_____
U.S. Magistrate Judge
SM SNYDER