# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

 ORIGINAL

UNITED STATES OF AMERICA

**v.**

HENRY HERRERA

**FILED**
JUL 19 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

## WARRANT FOR ARREST

CASE NUMBER: **1:10-mj-00178-sms**

TO: SEQUOIA/KINGS CANYON NATIONAL PARK
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HENRY HERRERA and bring him or her forthwith to the nearest magistrate judge to answer a

__Indictment  __Information  **x** Complaint  __Order of the Court  __Violation Notice  __Probation Violation Petition

charging him with **Possession of a Loaded Weapon in Vehicle [36 CFR 2.4(b)];
Possessesion of a controlled substance [36 CFR 2.35(b)(2)]; and
Possession of an open container of alcoholic beverage [36 CFR 4.14(a)]**

_SANDRA M. SNYDER_

_UNITED STATES MAGISTRATE JUDGE_

_Date and Location_

FRESNO, CALIFORNIA   _Signature of issuing Officer_

Bail fixed at $ __No bail__

by _____
SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at July 17th 2010 |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | U.S. PARK RANGER<br>APRIL STILTZ | |