```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BRIAN W. ENOS
    Assistant U.S. Attorney
 3  JAMES K. HERING
    Certified Law Student
 4  MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
 5  Fresno, CA 93721
    Telephone: (559)497-4000
 6
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    )  CASE NO. 1:10-MJ-00178-SMS
                                 )
13               Plaintiff,      )  APPEARANCE OF COUNSEL OF RECORD
                                 )  AND DESIGNATION OF
14  v.                           )  COUNSEL FOR SERVICE
                                 )
15  HENRY HERRERA                )
                                 )
16               Defendant(s).   )
                                 )
17  ─────────────────────────────)
```

18      The United States of America, by and through Benjamin B. Wagner,
19  United States Attorney, and Brian W. Enos, Assistant United States
20  Attorney, hereby appears as counsel of record and requests
21  designation of counsel for service.
22      Pursuant to Local Rule 83-182, and the Criminal Justice Act Plan
23  for this district, Part VI, paragraph B, I confirm my appearance as
24  counsel of record in this case for the United States of America and
25  designate counsel for service as follows:
26                      Brian W. Enos
                        Assistant U.S. Attorney
27                      2500 Tulare Street, Suite 4401
                        Fresno, California 93721
28                      Telephone: (559) 497-4000

| | |
|---|---|
| 1 | I hereby declare that I am admitted to practice law in this |
| 2 | district. |

Dated: February 15, 2011           BENJAMIN B. WAGNER
                                   United States Attorney


                                   By : /s/ Brian W. Enos
                                        BRIAN W. ENOS
                                        Assistant U.S. Attorney